551 So.2d 639 (1989)
Juanita THOMAS
v.
STATE of Louisiana, ABC Insurance, Dr. John Doe, Officer Richard Roe, Nurse Jane Poe, and City of New Orleans.
Ms. Evenly LANDRY
v.
CHARITY HOSPITAL OF NEW ORLEANS et al.
Andrew MERCADEL
v.
CITY OF NEW ORLEANS et al.
Diane SMITH
v.
STATE of Louisiana et al.
NO. 89-C-2007
Supreme Court of Louisiana.
November 3, 1989.
Denied.
LEMMON, J., concurs. Relator may reraise the issue on appeal after trial.
CALOGERO and MARCUS, JJ., would grant the writ.